UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK ANTHONY FREGIA,<br><br>    Petitioner,<br><br>  v.<br><br>MIKE McDONALD, warden,<br><br>    Respondent.<br>_____ / | No. C 11-3595 SI (pr)<br><br>**ORDER EXTENDING DEADLINES** |

Respondent has filed an <u>ex parte</u> request for an extension of time to respond to the petition for writ of habeas corpus. Having considered the request and the accompanying declaration of attorney John Deist, the court GRANTS respondent's request. (Docket # 7.) Respondent must file and serve his response to the petition no later than **January 20, 2012**. Petitioner must file and serve his traverse no later than **February 24, 2012.**

IT IS SO ORDERED.

DATED: November 9, 2011

                                        SUSAN ILLSTON<br>
                                   United States District Judge