UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK ANTHONY FREGIA, | No. C 11-3595 SI (pr) |
| Petitioner, | **ORDER EXTENDING DEADLINE** |
| v. | |
| MIKE McDONALD, warden, | |
| Respondent. | |

Petitioner has filed an *ex parte* request for an extension of the deadline to file his traverse. Upon due consideration, the request is GRANTED. (Docket # 20.)  Petitioner must file and serve his traverse no later than **December 17, 2012**. No further extension of this deadline should be expected because, by the time it arrives, petitioner will have had three months to prepare his traverse.

IT IS SO ORDERED.

DATED: November 6, 2012

SUSAN ILLSTON
United States District Judge