UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARK ANTHONY FREGIA,

Petitioner,

v.

MIKE McDONALD, Warden,

Respondent.

Case No. 11-3595 WHO (PR)

**ORDER GRANTING MOTION FOR REHEARING; VACATING JUDGMENT AND REOPENING ACTION; DENYING OTHER MOTION AS MOOT**

The Court denied the petition for writ of habeas corpus on February 7, 2014. (Docket No. 27.) Fregia has filed a petition for rehearing, asserting that there are additional claims which he exhausted in the state court which were not addressed in the order denying the petition. (Docket No. 29.) The motion is GRANTED. This action shall be reopened for the purpose of ruling on the remaining claims.

Judgment entered on February 7, 2014 is VACATED. The Clerk shall reopen this matter. Fregia's motion for an extension of time to file a certificate of appealability, (Docket No. 31), is DENIED as moot.

This order terminates Docket Nos. 29 and 31.

**IT IS SO ORDERED.**

**Dated:** May 27, 2014



WILLIAM H. ORRICK
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK ANTHONY FREGIA,<br><br>       Plaintiff,<br><br>  v.<br><br>MIKE MCDONALD et al,<br><br>       Defendant.<br>_____/ | Case Number: CV11-03595 WHO<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 27, 2014, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person hereinafter listed, by depositing said envelope in the U.S. Mail.

Mark Anthony Fregia G-07230
Sierra Conservation Center 4C 143
5150 O'Byrnes Ferry Road
Jamestown, CA 95327

Dated: May 27, 2014

Richard W. Wieking, Clerk
      By: Jean Davis, Deputy Clerk